to enlarge appellant's time to procure the record on appeal and appellant's points to be served and filed up to and including October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of RELART, LTD. et al., against REGENT ENTERPRISES, INC., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached, simultaneously with the appeal from the judgment upon which the application for contempt is based. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of PHYLLIS HOFFMAN against HERBERT HOFFMAN.— Motion for stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before November 5, 1959, with notice of argument for November 17, 1959. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of PHYLLIS HOFFMAN against HERBERT HOFFMAN.— Motion to dismiss appeal denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ LEW WALLACE, Also Known as LOUIS GOLDBERG, v. ALLSTATE INSURANCE COMPANY et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of SUSSMAN VOLK CO., INC., against BENJAMIN KAUFMAN, as City Marshal, et al. STEVE-ALAN MEN'S WEAR, LTD., Appellant. — Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ CONSTANCE BAUMOEL v. DAVID BAUMOEL.— Motion for stay denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of PAULINE R. WARD, Deceased. BENJAMIN RATNER, Appellant. L. A. W. CHRITE et al., Respondents.— On the court's own motion the order of September 17, 1959 is resettled so as to grant motion for a stay on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HENRY BEENE.— Enlargement of time granted. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK v. NATALIO PAGAN.— Enlargement of time granted. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of I. ARTHUR ROSENBERG against JOSEPH J. CAPUTA, as STATE RENT ADMINISTRATOR. Estate of JAMES BUTLER, Deceased, Intervenor.— Motion to dismiss appeal granted, with $10 costs, unless the petitioner-appellant procures the record on appeal and appellant's points to be served and filed on or before October 7, 1959, with notice of argument for the